01
02
03
04
05
06                             UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                         )  CASE NO. MJ 13-060
09          Plaintiff,                   )
                                         )
10          v.                           )
                                         )  DETENTION ORDER
11  CURTIS W. SMITH,                     )
                                         )
12          Defendant.                   )
    _____ )
13

14  <u>Offense charged</u>:     Conspiracy to Commit Bank Robbery; Bank Robbery

15  <u>Date of Detention Hearing</u>:    February 5, 2013.

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18  that no condition or combination of conditions which defendant can meet will reasonably
19  assure the appearance of defendant as required and the safety of other persons and the
20  community.

21         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22         1.      Defendant is charged by Complaint, together with six co-conspirators, with

DETENTION ORDER
PAGE -1

participating in a highly sophisticated, multi-state bank robbery conspiracy allegedly led by members of the Four-Tre Crips, a street gang based in Los Angeles, California.

2. Defendant is a resident of Los Angeles with no ties to this community. He has a lengthy criminal record that includes numerous failures to appear, violations of the conditions of supervision, and bench warrant activity. He committed a probation violation in California that resulted in revocation and a fifteen month prison sanction. His probation officer reports recent positive drug tests and a violation is pending for leaving the state without permission and for being arrested on the instant offenses.

3. Defendant is alleged to be an active member of a street gang in Los Angeles. His employment history is sporadic.

4. Defendant poses a risk of nonappearance due to noncompliance issues, alleged leaving the state without permission, a history of bench warrants and a pending warrant, and some discrepant information regarding substance use. Defendant poses a risk of danger due to criminal history, the nature of the current charges, alleged gang ties, and recent drug use.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 5th day of February, 2013.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3